IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

|  |  |  |
|---|---|---|
| ROCHELLE FLYNN | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 5:13-cv-0936-FB |
| DISTINCTIVE HOME CARE, INC., d/b/a/ DISTINCTIVE HEALTHCARE STAFFING, INC., et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

PROPOSED JOINT
SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the following Scheduling Order is issued by the Court:

1. Discovery has been completed in this matter and dispositive motions have been filed.

2. The Court has not yet ruled on certain portions of Defendant Distinctive Home Care Inc.'s Motion for Summary Judgement. The Court shall consider the remaining issues not yet ruled upon in Defendant's Motion for Summary Judgement before setting any additional dates.

3. The initial pretrial conference, final pretrial conference and trial shall be set at a later date by the Court. The parties shall consult Local Rule CV-16(e) regarding matters to be filed in advance of trial. At the time the trial date is set, the Court will also set the deadline for

filing matters in advance of trial.

4. All of the parties who have appeared in the action conferred concerning the contents of the proposed scheduling order on April 8, 2016, and the parties have agreed to its contents.

        Respectfully submitted,

        KEMP SMITH LLP
        P.O. Box 2800
        El Paso, Texas 79999-2800
        915.533.4424
        915.546.5360 (FAX)

By:     /s/ *Michael D. McQueen*
        Michael D. McQueen
        State Bar No. 13849700

        Of Counsel:
        Paul W. Mengel III
        Nichole D. Atallah
        PilieroMazza PLLC
        888 17th Street NW, 11th Floor
        Washington, DC  20006
        (202) 857-1000
        (202) 857-0200 (Fax)
        pmengel@pilieromazza.com
        ndevries@pilieromazza.com
        Attorneys for Defendant

        Forte & Pittard, PLLC
        1777 NE Loop 410, Suite 600
        San Antonio, TX 78217
        (210) 678.3075
        (210) 820.2609 (Fax)

By:     /s/ *R. Chris Pittard*
        R. Chris Pittard
        State Bar No. 00794465
        chrisp@forteandpittardlawfirm.com
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 8th day of April, 2015, a true and correct copy of the above pleading was served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.


       /s/ *R. Chris Pittard*
       R. Chris Pittard