IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

|  |  |
|---|---|
| ROCHELLE FLYNN ) ) Plaintiff, ) ) v. ) ) DISTINCTIVE HOME CARE, INC., ) d/b/a/ DISTINCTIVE HEALTHCARE ) STAFFING, INC., ) ) Defendant. ) ) | Civil Action No. 5:13-cv-0936-RCL |

## JOINT REPORT ON STATUS OF SETTLEMENT NEGOTIATIONS

Pursuant to the Court's Order of April 27, 2016, the Parties report as follows as to the status of settlement negotiations:

The Parties entered into protracted and good-faith negotiations through their respective counsel, as a result of which a settlement offer was made by Defendant which was acceptable to Plaintiff, but it was thereafter rescinded by Defendant and as a result the Parties have been unable to effectuate a settlement.

Respectfully submitted,

By:     */s/ Paul W. Mengel III*
Paul W. Mengel III (Admitted Pro Hac Vice)
Nichole D. Atallah (Admitted Pro Hac Vice)
PilieroMazza PLLC
888 17th Street NW, 11th Floor
Washington, DC  20006
(202) 857-1000
(202) 857-0200 (Fax)
pmengel@pilieromazza.com
ndevries@pilieromazza.com
Attorneys for Defendant

Michael D. McQueen State Bar No.13849700
KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
915.533.4424
915.546.5360 (FAX)
Attorneys for Defendant

Chris Pittard State Bar No. 00794465
Forte & Pittard, PLLC
1777 NE Loop 410, Suite 600
San Antonio, TX 78217
210.678.3075
210.820.2609
chrisp@forteandpittardlawfirm.com
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I certify that on this 1st day of June, 2016, a true and correct copy of the above pleading was served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

/s/ Paul W. Mengel III